UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br>HUNTER HOSPITALITY, LLC,<br><br>　　　　　　　Debtor.<br><br>DIANNE H. WOOD, et al.,<br><br>　　　　　　　Appellants,<br>　　　v.<br><br>HUNTER HOSPITALITY, LLC,<br><br>　　　　　　　Appellee. | CASE NO. C16-1949JLR<br><br>Bankruptcy Case No.<br>15-17090TWD<br><br>Adversary Case No. 16-01244TWD<br><br>ORDER OF DISMISSAL |

Appellants' opening brief in this bankruptcy appeal was due no later than April 10, 2017 (Cert. (Dkt. # 9)), but Appellants failed to file their brief by that deadline (*see* Dkt.). A week later, Appellee Hunter Hospitality, LLC, filed a motion to dismiss the bankruptcy

appeal pursuant to Federal Rule of Appellate Procedure 31. (*See* Mot. (Dkt. # 11) at 2.) On April 19, 2017, the court ordered Appellants to show cause within seven days why the court should not dismiss the bankruptcy appeal for failure to prosecute. (4/19/17 (Dkt. # 12) at 1.) More than seven days have passed, and Appellants have not responded to the court's order or otherwise filed anything on the docket. (*See* Dkt.) Accordingly, the court DISMISSES this appeal for failure to prosecute. *See In re Donovan*, 871 F.2d 807, 808-09 (9th Cir. 1989); Fed. R. Civ. P. 41(b). Because the court dismisses the appeal, the court DENIES Hunter Hospitality's motion (Dkt. # 11) as moot.

Dated this 2nd day of May, 2017.

JAMES L. ROBART
United States District Judge